

# IN THE
# TENTH COURT OF APPEALS

### No. 10-24-00001-CV

**SAMUEL ELGUEZABAL-MOTA AND AVANZA CONSTRUCTION AND EARTHWORKS, LLC,**

**Appellants**

**v.**

**MELANIE BROWN, AS REPRESENTATIVE OF THE ESTATE OF THOMAS J. BROWN, JR., DECEASED, MELANIE BROWN A/N/F OF ESTHER RUTH BROWN, AND THOMAS BROWN, SR.,**

**Appellees**

**From the 170th District Court**
**McLennan County, Texas**
**Trial Court No. 2021-3526-4**

## MEMORANDUM OPINION

On February 21, 2024, the parties filed a "Status Report and Agreed Motion to Vacate Trial Court's Judgment and Remand in Light of Settlement." The parties state in the motion that they have reached an agreement to settle this case. The parties ask that we set aside the trial court's judgment without regard to the merits and remand this case

to the trial court for rendition of judgment in accordance with their agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

The parties' agreed motion is granted. We set aside the trial court's judgment without regard to the merits and remand this case to the trial court for further proceedings in accordance with the parties' agreement.

MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Set aside and remanded
Opinion delivered and filed February 29, 2024
[CV06]

